In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-526 CR


____________________



LARRY GENE HEADRICK, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 258th District Court


Polk County, Texas


Trial Cause No. 17,202






MEMORANDUM OPINION (1)


 Larry Gene Headrick entered a non-negotiated guilty plea to an indictment for the
third degree felony offense of intoxication assault. See Tex. Pen. Code Ann. § 49.07
(Vernon 2003). The trial court convicted and sentenced Headrick to five years of
confinement in the Texas Department of Criminal Justice, Correctional Institutions
Division. The trial court certified that this is not a plea-bargain case, and the defendant
has the right of appeal. See Tex. R. App. P. 25.2(d). 

 Appellate counsel filed a brief that concludes no arguable error is presented in this
appeal. See Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967);
High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978). On August 12, 2004, Headrick
was given an extension of time in which to file a pro se brief. We received no response
from the appellant. 

 As there was no plea bargain agreement, we have jurisdiction over the appeal. Jack
v. State, 871 S.W.2d 741, 744 (Tex. Crim. App. 1994). It appears the appellant was duly
admonished. Tex. Code Crim. Proc. Ann. art. 26.13 (Vernon 1989 & Supp. 2005). 
Headrick signed a judicial confession and admitted his guilt in open court. He does not
contest the voluntariness of his guilty plea. 

 We have reviewed the clerk's and the reporter's records, and find no arguable error
requiring us to order appointment of new counsel. Stafford v. State, 813 S.W.2d 503, 511
(Tex. Crim. App. 1991). Accordingly, we affirm the trial court's judgment.

 AFFIRMED.

 PER CURIAM


Submitted on January 27, 2005

Opinion Delivered 

Do Not Publish


Before Gaultney, Kreger and Horton, JJ.
1. Tex. R. App. P. 47.4.